# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF LOUISIANA
# SHREVEPORT DIVISION

| | |
|---|---|
| SYDNI MYERS | CIVIL ACTION NO. 25-0508 |
| VERSUS | JUDGE S. MAURICE HICKS, JR. |
| SUN BELT TRANSPORTATION INC, ET AL. | MAGISTRATE JUDGE HORNSBY |

# ORDER

For the reasons assigned in the Report and Recommendation of the Magistrate Judge previously filed herein, and having thoroughly reviewed the record, including the written objections filed, and concurring with the findings of the Magistrate Judge under the applicable law;

It is ordered that Plaintiff's Motion to Remand (Record Document 13) is **DENIED** and that all claims against Melanie Lanclos are **DISMISSED WITHOUT PREJUDICE** for lack of subject matter jurisdiction.

**THUS DONE AND SIGNED,** in Shreveport, Louisiana, this 29th day of July, 2025.

_____
UNITED STATES DISTRICT COURT JUDGE